UNITED STATES BANKRUPTCY COURT

FOR THE

EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In the Matter of:

    JAMES R. CUDNEY II     |     Chapter 13
    AND
    ELAINE M. CUDNEY     |     Case No.  15-10537-RGM
            Debtors

### ORDER CONFIRMING PLAN

The Chapter 13 Plan filed by James R. Cudney II and Elaine M. Cudney on October 13, 2015, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. Section 1325(a);

**It is ORDERED that:**
    (1)    the Plan as filed or modified is CONFIRMED.
    (2)    Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.

**Order Confirming Plan**
James R. Cudney II and Elaine M. Cudney
**Case #15-10537-RGM**

   (3) On March 18, 2015, and each month thereafter until further order of this Court, the Debtors shall pay to the Trustee, Thomas P. Gorman at P.O. Box 1553, Memphis, TN 38101-1553 the sum of $300.00 per month for 7 months, then $2,200.00 per month for 29, then $2,595.00 per month for 12 months and then $3,510.00 per month for the remaining 12 months of the Plan in order to pay all creditors back at 100% of all allowed claims. Debtors are also to make two lump sum payments in the amount of $2,500.00 (paid in September 2015) and the amount of $15,345.00 (to be paid by July 15, 2016 from 2015 income tax refunds). If allowed claims exceed Plan funding, Plan payment will be adjusted to allow for 100% payment. Payments under said Plan to be completed within 60 months from the due date of the first payment in this case.

   (4) The Debtor shall file all federal and state income tax returns on or before the due date, without extension, and provide the Trustee with signed copies of the returns within 7 days after they are filed and provide the Trustee such additional information as the Trustee may require for determination of the Debtor's disposable income. Failure to timely comply with this provision shall be grounds for dismissal.

   (5) Any lien avoidance actions(s) contemplated by Section 7(B) of the Plan must be made by the filing of an Adversary Proceeding no later than sixty(60) days from the date of the entry of this Order.

Dated: Feb 18 2016               /s/ Robert G. Mayer
                           Robert G. Mayer
                           United States Bankruptcy Judge

Entered on Docket: February 19, 2016

Confirmation Recommended.                          Seen and agreed.

_/s/ Thomas P. Gorman_____              _/s/ Karen Strid Lane_____
Thomas P. Gorman                               Karen Strid Lang, Esquire
Chapter 13 Trustee                             Attorney for Debtor
300 North Washington Street, Ste. 400          524 King Street
Alexandria, VA 22314                           Alexandria, VA 22314
(703) 836-2226                                 703-299-4646
VSB #26421

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Thomas P. Gorman_____
Thomas P. Gorman, Chapter 13 Trustee

**Order Confirming Plan**
James R. Cudney II and Elaine M. Cudney
**Case #15-10537-RGM**

**PARTIES TO RECEIVE COPIES**

James R. Cudney II
Elaine M. Cudney
Chapter 13 Debtors
407 Plum Street  SW
Vienna, VA 22180


Karen Strid Lang, Esq.
Attorney for Debtor
524 King Street
Alexandria, VA 22314


Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA  22314